

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00109-CV

Gerald E. **MEYER**,
Appellant

v.

Diemanh Thi **VAN** and Hung Van Nguyen,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1096-CV-A
Honorable Dwight E. Peschel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED March 11, 2020.

_____
Beth Watkins, Justice